## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE ELLEN WARTLUFT F/K/A JULIE ELLEN BARTELS AND FREDERICK L. BARTELS, JR., Individually and as Administrators of the Estate of Abrielle Kira Bartels, Deceased<br><br>c/o Dilworth Paxson LLP<br>1500 Market Street, Suite 3500E<br>Philadelphia, PA 19102,<br><br>                                                  Plaintiffs,<br><br>v.<br><br>THE MILTON HERSHEY SCHOOL<br>AND SCHOOL TRUST<br>and<br>THE MILTON HERSHEY SCHOOL TRUST<br>and<br>THE BOARD OF MANAGERS OF THE MILTON HERSHEY SCHOOL<br>and<br>THE HERSHEY TRUST COMPANY, AS TRUSTEE OF THE MILTON HERSHEY SCHOOL TRUST<br>                                                  Defendants. | 16-cv-3594-CDJ |

## STIPULATION

The following is hereby stipulated and agreed to by, between, and among the undersigned counsel:

1.      Paragraphs 6; 63-66; the heading reading "THE COMMONWEALTH OF PENNSYLVANIA OFFICE OF ATTORNEY GENERAL RECENTLY FOUND THAT THE DEFENDANTS HAVE VIOLATED A PRIOR REFORM AGREEMENT DESIGNED TO CURB EXCESSIVE MHS BOARD COMPENSATION AND TO REQUIRE THE RECRUITMENT OF QUALIFIED MEMBERS"; and Exhibit F to the Complaint are stricken from the Complaint [Dkt. # 1.]

2. The above-described stipulations render moot Defendants' motion under Federal Rule of Civil Procedure 12(f) to strike these allegations from the Complaint.

/s/ Gregory F. Cirillo
Gregory F. Cirillo, Esquire
Alexander J. Nassar, Esquire
**DILWORTH PAXSON LLP**
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
Phone: 215-575-7000
Emails: gcirillo@dilworthlaw.com;
anassar@dilworthlaw.com
*Attorneys for Plaintiffs*

/s/ Justin G. Weber
Thomas B. Schmidt, Esquire
Justin G. Weber, Esquire
**PEPPER HAMILTON LLP**
100 Market Street, Suite 200
P.O. Box 1181
Harrisburg, PA 17108
Phone: 717-255-1155
Emails: schmidtt@pepperlaw.com;
weberjg@pepperlaw.com
*Attorneys for Defendants*

SO ORDERED:

_____
C. Darnell Jones, II, J.

2