# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULIE ELLEN WARLUFT**, *et al.*, | : | CIVIL ACTION NO. 1:16-CV-2145 |
| Plaintiffs | : | (Chief Judge Conner) |
| v. | : | |
| **THE MILTON HERSHEY SCHOOL AND SCHOOL TRUST**, *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 10th day of August, 2017, upon consideration of the partial motion (Doc. 31) to dismiss filed by defendants, and the parties' respective briefs in support of and opposition to said motion (Docs. 32, 42, 43), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 31) to dismiss Counts III, VII, VIII, IX, X, XI and XII is GRANTED.

2. Counts III, VII, VIII, IX, X, XI, and XII of the amended complaint (Doc. 29) are DISMISSED with prejudice.

3. Defendants shall respond to the amended complaint (Doc. 29) in accordance with the Rules of Civil Procedure.

                    /S/ CHRISTOPHER C. CONNER
                    Christopher C. Conner, Chief Judge
                    United States District Court
                    Middle District of Pennsylvania