# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE ELLEN WARTLUFT F/K/A JULIE ELLEN BARTELS AND FREDERICK L. BARTELS, JR., Individually and as Administrators of the Estate of Abrielle Kira Bartels, Deceased,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>THE MILTON HERSHEY SCHOOL, et al.,<br><br>　　　　　　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: NO: 16-cv-2145-CCC<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF APPEARANCE

TO THE CLERK:

　　Kindly enter my appearance on behalf of Non-Parties, Royer Cooper Cohen Braunfeld LLC and Alexander J. Nassar, Esquire in the above-captioned matter.

　　　　　　　　　　　　　　　　ROYER COOPER COHEN BRAUNFELD LLC

　　　　　　　　　　　　　　　　BY:　/s/  Barry L. Cohen
Date: August 23, 2017　　　　　　Barry L. Cohen, Esquire (Pa. Bar No.: 68864)
　　　　　　　　　　　　　　　　101 W. Elm Street, Suite 400
　　　　　　　　　　　　　　　　Conshohocken, PA 19428
　　　　　　　　　　　　　　　　Email:  bcohen@rccblaw.com
　　　　　　　　　　　　　　　　Telephone: 484-362-2628
　　　　　　　　　　　　　　　　Facsimile: 484-362-2630
　　　　　　　　　　　　　　　　*Attorneys for Non-Parties, Royer Cooper Cohen Braunfeld LLC and Alexander J. Nassar, Esq.*

00398833.v1