# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE ELLEN WARTLUFT F/N/A JULIE ELLEN BARTELS AND FREDERICK L. BARTELS, JR., Individually and as Administrators of the Estate of Abrielle Kira Bartels, Deceased,<br>　　　　　　　　　　　Plaintiffs,<br>　　v.<br>THE MILTON HERSHEY SCHOOL, et al. | No. 1:16-cv-2145-CCC<br>(Conner, C.J.)<br>(Carlson, M.J.) |

## ORDER

AND NOW, this 31st day of August, 2017, following a telephone conference held with the parties, and counsel for Pinnacle Health Systems ("Pinnacle") and Lesley P. Davis, LPC ("Ms. Davis") to address Defendants' subpoenas to produce documents, information, or objects both with a return date of June 20, 2017, in the above-captioned matter, IT IS HEREBY ORDERED THAT Pinnacle and Ms. Davis shall fully comply with the subpoenas by September 25 2017, and produce, *inter alia*, the materials sought in the subpoenas, including, but not limited to, the complete and entire medical chart of Abrielle Kira Bartels, Deceased. This Order authorizes the release of, including, but not limited to, the following: alcohol, drug, or substance abuse records; HIV testing and results or sexually transmitted disease diagnosis or treatment; and mental health or psychotherapy records.

*Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

IT IS FURTHER ORDERED that plaintiff's counsel be provided with notice and an opportunity to lodge an objection before any subpoena release records relating to any other named plaintiff in this lawsuit.

So ordered this 31st day of August, 2017.

*Martin C. Carlson*