# Elliott Greenleaf

A Professional Corporation
KYLE M. ELLIOTT, ESQUIRE
Direct Dial (215)977-1043
KME@elliottgreenleaf.com

925 Harvest Drive - Suite 300
Blue Bell, Pennsylvania 19422
Phone: (215) 977-1000 • Fax: (215) 977-1099
www.elliottgreenleaf.com

September 13, 2017

**Via Email and Regular Mail**

Magistrate Judge Martin C. Carlson
Ronald Reagan Federal Bldg. & U.S. Courthouse
228 Walnut Street
Harrisburg, PA 17108-0983
magistrate_judge_carlson@pamd.uscourts.gov

Re: *Julie Ellen Wartluft f/k/a Julie Ellen Bartels and Frederick L. Bartels, Jr., Individually and as Administrators of the Estate of Abrielle Kira Bartels, Deceased v. Milton Hershey School, et al.*
Civil Action No. 1:16-cv-2145-CCC (M.D. Pa.)

Dear Judge Carlson:

Our firm represents Defendants in the above-referenced action filed by Plaintiffs Julie Ellen Wartluft f/k/a Julie Ellen Bartels, and Frederick L. Bartels, Jr., Individually and as Administrators of the Estate of Abrielle Kira Bartels ("AB"), Deceased (collectively, "Plaintiffs"). On March 23, 2017, Defendants served a subpoena to produce documents, information, or objects on the Pennsylvania Psychiatric Institute ("PPI"). PPI is represented by Richard C. Seneca, Esquire, whom is copied on this letter.

We have engaged in discussions with Attorney Seneca, in conjunction with counsel for Plaintiffs, and all parties and PPI have agreed to the enclosed proposed Qualified Protective Order directing PPI to comply with the document subpoena by producing AB's medical records. For ease of reference, we are also enclosing the subpoena served on PPI.

Defendants respectfully request that the Court enter the attached proposed Qualified Protective Order. We are available to discuss the proposed Qualified Protective Order at the Court's convenience.

Respectfully submitted,

Kyle M. Elliott

/kme
Enclosures
(*via email*)
cc: Jarad W. Handelman, Esquire
Richard C. Seneca, Esquire
Gregory F. Cirillo, Esquire
John J. Higson, Esquire
Kevin J. Neary