# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULIE ELLEN WARTLUFT, et al.,** | : | Civil No. 1:16-CV-2145 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | (Magistrate Judge Carlson) |
| **THE MILTON HERSHEY SCHOOL AND SCHOOL TRUST, et al.,** | : | |
| Defendants | : | |

## ORDER

AND NOW, this 4th day of April, 2018, following a telephone conference held this day with the parties and third party Protect the Hershey's Children, Inc. ("PHC") to address a dispute that has arisen with respect to PHC's compliance with a subpoena duces tecum that the defendants served on PHC on or about December 12, 2017; and in accordance with the instructions provided to the parties during this call, IT IS HEREBY ORDERED THAT:

1. PHC and the defendants shall meet and confer in an effort to agree upon a deadline for PHC to produce the materials sought by the subpoena, and to address PHC's request that the defendants cover the costs and expenses that will be incurred in responding. The parties shall notify the Court on or before **Thursday, April 12, 2018**, as to whether they have reached an agreement on these issues.

2. If the parties are unable to come to an agreement on the foregoing two issues, then the defendants shall be permitted to file a motion to compel compliance, and PHC shall be permitted to file a motion seeking relief that it believes is appropriate, including but not limited to entry of an Order shifting to the defendants the costs and expenses associated with responding to the subpoena. These motions should be filed on or before **April 19, 2018**.

                                                */s/ Martin C. Carlson*
                                                Magistrate Judge Carlson
                                                United States Magistrate Judge