# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULIE ELLEN WARTLUFT, et al.,** | : | Civil No. 1:16-CV-2145 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | (Magistrate Judge Carlson) |
| | : | |
| **THE MILTON HERSHEY SCHOOL AND SCHOOL TRUST, et al.,** | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 12th day of April, 2018, following a telephone conference held this day with the parties to address a dispute that has arisen with respect to the Defendants' compliance with supplemental interrogatory questions seeking additional numeric information relating to the Plaintiffs' theory that the Defendants had a policy of "discarding" students from the School after multiple admissions to an outside mental health facility; and in accordance with the instructions provided to the parties during this call, IT IS HEREBY ORDERED THAT counsel for the Defendants are to meet and confer with their clients to determine whether the Defendants are willing to disclose the number of students that were hospitalized for mental health treatment on more than two occasions between 2011 and 2013, from among the two groups of students that were previously identified as either

having been terminated or placed on a leave of absence. In the event that the Defendants conclude that they are not able to reveal this number to the Plantiffs due confidentiality concerns relating to the desire to protect the identities and protected health information of minor nonparties, the Defendants shall produce the relevant information to the undersigned for *in camera* review on or before **Monday, April 23, 2018** for the Court to determine whether revealing this number will jeopardize nonparties' confidential information. Should any additional discovery disputes arise, the parties shall bring them to the undersigned's attention for prompt resolution by contacting Courtroom Deputy Kevin Neary at 717-221-3924 or by email at kevin_neary@pamd.uscourts.gov.

/s/ *Martin C. Carlson*
Magistrate Judge Carlson
United States Magistrate Judge