# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULIE ELLEN WARTLUFT f/k/a** | : | **CIVIL ACTION NO. 1:16-CV-2145** |
| **JULIE ELLEN BARTELS AND** | : | |
| **FREDERICK L. BARTELS, JR.,** | : | **(Chief Judge Conner)** |
| **Plaintiffs** | : | |
| | : | |
| v. | : | |
| | : | |
| **THE MILTON HERSHEY SCHOOL** | : | |
| And **THE HERSHEY TRUST** | : | |
| **COMPANY,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 18th day of April, 2018, upon consideration of Defendants' Motion (Doc. 134) for Leave to File Documents under Seal, it is hereby ORDERED that said motion is GRANTED. It is FURTHER ORDERED that Defendants' shall be permitted to file documents and materials designated as "confidential" under seal pursuant to the Court's Protective Order. (Doc. 48).

    /S/ CHRISTOPHER C. CONNER
    Christopher C. Conner, Chief Judge
    United States District Court
    Middle District of Pennsylvania