### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULIE ELLEN WARTLUFT, et al.,** | : | **Civil No. 1:16-CV-2145** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | **(Magistrate Judge Carlson)** |
| | : | |
| **THE MILTON HERSHEY SCHOOL** | : | |
| **AND SCHOOL TRUST, et al.,** | : | |
| | : | |
| **Defendants** | : | |

### ORDER

AND NOW, this 25th day of April, 2018, following a telephone conference held with the parties to address ongoing discovery disputes, and in accordance with the instructions provided to the parties during today's call, and the matters which are the subject of prior, and pending, court orders,  IT IS HEREBY ORDERED THAT:

1. Counsel for the Defendants shall confer with nonparty witness Larry Lehr in order to determine whether it is necessary to depose Mr. Lehr. In the event that the Defendants conclude that Mr. Lehr's deposition is still needed, the deposition shall take place in Philadelphia, PA on or before **May 25, 2018**.

2. Counsel for the Defendants shall confer with counsel for nonparty WellSpan Philhaven, once new counsel has been appointed, in an attempt to resolve any issues related to WellSpan's compliance with the subpoena duces tecum served by the Defendants on WellSpan on or about November 16, 2017. Counsel for the Defendants shall inform the Court **<u>on or before Friday May 4, 2018</u>** as to whether there any issues related to the subpoena that cannot be resolved amicably.

3. In the event of any further discovery disputes that may arise in this case, the parties shall notify the Court by contacting the undersigned's Deputy Clerk, Kevin Neary. Mr. Neary may be reached by telephone at (717) 221-3924 or by email at kevin_neary@pamd.uscourts.gov.

*/s/  Martin C. Carlson*
Magistrate Judge Carlson
United States Magistrate Judge