IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULIE ELLEN WARTLUFT,** *et al.*, | : | CIVIL ACTION NO. 1:16-CV-2145 |
| Plaintiffs | : | |
| | : | (Chief Judge Conner) |
| v. | : | |
| | : | |
| **THE MILTON HERSHEY SCHOOL** | : | |
| **AND SCHOOL TRUST**, *et al.*, | : | |
| Defendants | : | |

# **ORDER**

AND NOW, this 15th day of May, 2018, upon consideration of the parties' proposed stipulation (Doc. 145) to modify the pretrial and trial schedule, it is hereby ORDERED that said stipulation is APPROVED, to the extent that the following pretrial and trial schedule shall apply to this case:

| | |
|---|---|
| Jury Selection/Trial Date | December 3, 2018 at 9:30 a.m. |
| Dispositive Motions & Supporting Briefs | June 15, 2018 |
| Motions in Limine & Supporting Briefs | September 14, 2018 |
| Final Pretrial Conference | November 13, 2018 at 1:30 p.m. |
| Pretrial Memoranda | November 6, 2018 by 12:00 p.m. |
| Plaintiffs' Expert Report(s) | May 31, 2018 |
| Defendants' Expert Report(s) | July 2, 2018 |
| Supplemental/Rebuttal Expert Report(s) | July 20, 2018 |
| Proposed Voir Dire Questions | November 13, 2018 |
| Proposed Jury Instructions | November 13, 2018 |

All other instructions and guidelines set forth in the court's original case management order (Doc. 41), dated November 23, 2016, shall remain in full force and effect except as modified herein.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania