## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULIE ELLEN WARTLUFT f/k/a** | : | **CIVIL ACTION NO. 1:16-CV-2145** |
| **JULIE ELLEN BARTELS AND** | : | |
| **FREDERICK L. BARTELS, JR.,** | : | **(Chief Judge Conner)** |
| **Plaintiffs** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **THE MILTON HERSHEY SCHOOL** | : | |
| **And THE HERSHEY TRUST** | : | |
| **COMPANY,** | : | |
| **Defendants** | : | |

### ORDER

AND NOW, this 11th day of July, 2018, upon consideration of Defendants'

Motion (Doc. 159) for Leave to File Documents under Seal, and noting the

concurrence of Plaintiffs, it is hereby ORDERED that said motion is GRANTED.  It

is further ORDERED that**:**

1.  Defendants' Memorandum of Law in Support of Summary Judgment,
    Statement of Undisputed Facts, and Exhibits in Support thereof are
    filed under seal.

2.  Plaintiffs are permitted to file their Response in Opposition, including
    supporting papers, to Defendants' Motion for Summary Judgment
    under seal.

3.  Defendants are permitted to file their Reply Brief, including
    supporting papers, under seal.


/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania