IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE ELLEN WARTLUFT F/K/A JULIE ELLEN BARTELS AND FREDERICK L. BARTELS, JR., Individually and as Administrators of the Estate of Abrielle Kira Bartels, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>THE MILTON HERSHEY SCHOOL,<br><br>and<br><br>THE HERSHEY TRUST COMPANY, AS TRUSTEE OF THE MILTON HERSHEY SCHOOL TRUST,<br><br>Defendants. | C.A. NO.:<br>1:16-cv-02145-CCC<br><br>(CONNER, C.J.)<br>(CARLSON, J.)<br><br>FILED<br>HARRISBURG, PA<br><br>JUL 26 2018<br><br>Per _____/KJW/_____<br>Deputy Clerk |

## ORDER

In accordance with the revised proposal submitted by Defendants, and Protect the Hersheys' Children, Inc. ("PHC"), IT IS ORDERED as follows: (1) Defendants' letter brief is due no later than **August 10, 2018**; (2) PHC's letter brief is due no later than **August 31, 2018**; and (3) Defendants' reply letter brief is due no later than **September 14, 2018**.

SO ORDERED this 26th day of July, 2018.

/s/ Martin C. Carlson
Martin C. Carlson
United States Magistrate Judge
Middle District of Pennsylvania