IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE ELLEN WARTLUFT F/K/A JULIE ELLEN BARTELS AND FREDERICK L. BARTELS, JR., Individually and as Administrators of the Estate of Abrielle Kira Bartels, Deceased,<br><br>　　　　　　　　　　Plaintiffs,<br>　　vs.<br><br>MILTON HERSHEY SCHOOL, and<br>THE HERSHEY TRUST COMPANY, AS TRUSTEE OF THE MILTON HERSHEY SCHOOL TRUST,<br>　　　　　　　　　　Defendants. | C.A. NO.:<br>1:16-cv-02145-CCC<br><br>(CONNER, C.J.)<br><br>FILED<br>HARRISBURG, PA<br><br>SEP 14 2018<br><br>PER_____<br>　　DEPUTY CLERK |

**DEFENDANTS' MOTION FOR LEAVE TO
FILE DOCUMENTS UNDER SEAL**

Defendants, Milton Hershey School, and The Hershey Trust Company ("HTC"), as Trustee of the Milton Hershey School Trust (collectively "Defendants"), by and through their undersigned counsel, hereby move under Local Rule 5.8 to file their Statement of Appeal, Brief in Support of their Statement of Appeal, and Exhibits under seal. The documents which Defendants seek to file under seal are provided at Exhibit "A" in Defendants' sealed envelope marked "Documents pending sealing decision" provided to the Clerk contemporaneous with the filing of this Motion. Included in that sealed envelope is a Proposed Order granting Defendants' Motion to Seal and Defendants'

Memorandum of Law in Support of Their Motion to Seal. For all the reasons set forth in Defendants' Memorandum of Law in Support of this Motion, which is incorporated herein by reference, this Court should grant Defendants' motion to file the documents under seal.

                                      Respectfully submitted,

Jarad W. Handelman, Esquire
(PA 82629)
Kyle M. Elliott, Esquire
(PA 306836)
Elliott Greenleaf, P.C.
17 N. Second Street, Suite 1420
Harrisburg, PA 17101
717.307.2600 (phone) / 717.307.2060 (fax)
215.977.1000 (phone) / 215.977.1099 (fax)
jwh@elliottgreenleaf.com
kme@elliottgreenleaf.com

*Counsel for Defendants*

Date: September 14, 2018

## **CERTIFICATE OF NON-CONCURRENCE**

I, undersigned counsel, certify that counsel for PHC does not concur with the Motion. I also certify that I contacted counsel for Plaintiffs seeking concurrence with the Motion, and opposing counsel has not responded. Accordingly, Plaintiffs do not concur with the Motion.

                                              Jarad W. Handelman, Esquire

Dated: September 14, 2018

## CERTIFICATE OF SERVICE

I, Jarad W. Handelman, Esquire, hereby certify that I caused the foregoing to be served via first class mail and electronic mail upon all counsel of record, including:

> Gregory F. Cirillo, Esquire
> John J. Higson, Esquire
> Dilworth Paxson LLP
> 1500 Market Street, Suite 3500E
> Philadelphia, PA 19102
> 215.575.7000 (phone)
> gcirillo@dilworthlaw.com
> jhigson@dilworthlaw.com
> *Counsel for Plaintiffs*

_____
Jarad W. Handelman, Esquire

Dated: September 14, 2018