# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JULIE ELLEN WARTLUFT**, f/k/a **JULIE ELLEN BARTELS** and **FREDERICK L. BARTELS, JR.**, individually and as administrators of the estate of Abrielle Kira Bartels, | : CIVIL ACTION NO. 1:16-CV-2145<br>:<br>: **(Chief Judge Conner)**<br>:<br>: |
| **Plaintiffs** | : |
| v. | : |
| **THE MILTON HERSHEY SCHOOL**, *et al.*, | : |
| **Defendants** | : |

## **ORDER**

AND NOW, this 17th day of September, 2018, upon consideration of defendants' motion (Doc. 195) for leave to file documents under seal, it is hereby ORDERED that the motion (Doc. 195) is GRANTED. It is further ORDERED that defendants' statement of appeal and brief in support thereof, and any response thereto, be filed under seal.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania