# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULIE ELLEN WARTLUFT**, *et al.*, | : | CIVIL ACTION NO. 1:16-CV-2145 |
| | : | |
| **Plaintiffs** | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **THE MILTON HERSHEY SCHOOL AND SCHOOL TRUST**, *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 15th day of October, 2018, upon conclusion of today's telephonic conference in this matter, it is hereby ORDERED that any further documents filed in regard to the pending motion for summary judgment (Doc. 158) shall be filed under seal.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania