IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIE ELLEN WARTLUFT *et al.*, | : | 1:16-cv-2145 |
| | : | |
| Plaintiffs, | : | Hon. John E. Jones III |
| | : | |
| v. | : | |
| | : | |
| THE MILTON HERSHEY SCHOOL AND SCHOOL TRUST *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

### July 17, 2019

The Philadelphia Inquirer's Motion to Intervene and Unseal Judicial Records, (Doc. 266), is **HEREBY REFERRED** to U.S. Magistrate Judge Martin C. Carlson for resolution. In light of our busy docket, the complexity of this matter, and the time intensive nature of the endeavor, this Court will benefit from Judge Carlson's expertise and customary attention to detail in this matter.[1]

John E. Jones III
United States District Judge

---

[1] Our Court of Appeals recent analyses in *In re Avandia Mktg., Sales Practices & Prod. Liab. Litig.*, 924 F.3d 662 (3d Cir. 2019) reinforces our view that this matter is best handled by Judge Carlson.