# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE ELLEN WARTLUFT F/K/A JULIE ELLEN BARTELS AND FREDERICK L. BARTELS, JR., Individually and as Administrators of the Estate of Abrielle Kira Bartels, Deceased,<br><br>　　　　　　　　　　Plaintiffs,<br>　　vs.<br><br>THE MILTON HERSHEY SCHOOL,<br><br>and<br><br>THE HERSHEY TRUST COMPANY, AS TRUSTEE OF THE MILTON HERSHEY SCHOOL TRUST,<br><br>　　　　　　　　　　Defendants. | C.A. NO.:<br>1:16-cv-02145-JEJ<br><br>(Jones III, J.) |

## JOINT STIPULATED SCHEDULING ORDER

It is hereby ORDERED that the following Stipulation shall govern the remaining case management deadlines in the above-captioned proceeding. The said Stipulation is APPROVED, to the extent that the following pre-trial and trial schedule shall apply to this case.

1. **Trial List**. The above-captioned case is hereby placed on the May 2020 trial list.

2. **Dispositive Motions**. All motions for summary judgment shall be accompanied by supporting briefs and shall be filed by November 8, 2019. The following schedule shall apply to responses and replies regarding motions for

summary judgment: (1) responses in opposition shall be filed by December 8, 2019; and (2) replies in further support shall be filed by December 22, 2019.

    3.    <u>Expert Discovery</u>.  All expert discovery shall be completed by February 21, 2020.

    4.    <u>Pre-Trial Conference</u>.  The final pre-trial conference will be held in Harrisburg, Pennsylvania on April 1, 2020 at a time to be announced.

    5.    <u>Juries</u>.  Juries will be drawn on May 4, 2020, at 9:30 A.M. for those cases on the list which are to be tried by a jury.

    6.    <u>Motions in Limine</u>.  Written motions in limine should be submitted to the Court, with briefs in support, no later than twenty-one (21) calendar days prior to the final pre-trial conference.  Responses shall be submitted within fourteen (14) calendar days of the date that the relevant motion in limine is filed.

All other instructions and guidelines set forth in the Court's April 30, 2019, designated Order #1 (Doc. 248), and designated Order #2 (Doc. 249), shall remain in full force and effect except as modified herein.

[*signature line on following page*]

APPROVED AS TO FORM AND ENTRY:

| | |
|---|---|
| /s/ Gregory F. Cirillo | /s/ Jarad W. Handelman |
| Gregory F. Cirillo, Esquire | Jarad W. Handelman, Esquire |
| (PA 46878) | (PA 82629) |
| John J. Higson, Esquire | Kyle M. Elliott, Esquire |
| (PA 80720) | (PA 306836) |
| Dilworth Paxson LLP | Elliott Greenleaf, P.C. |
| 1500 Market Street, Suite 3500E | 17 N. Second Street, Suite 1420 |
| Philadelphia, PA 19102 | Harrisburg, PA 17101 |
| 215.575.7000 (phone) | 717.307.2600 (phone) / 717.307.20600 (fax) |
| 215.575.7200 (fax) | 215.977.1000 (phone) / 215.977.1099 (fax) |
| gcirillo@dilworthlaw.com | jwh@elliottgreenleaf.com |
| jhigson@dilworthlaw.com | kme@elliottgreenleaf.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

Dated: September 9, 2019

SO ORDERED this _____ day of September, 2019.

_____
John E. Jones, III, District Judge
United States District Court
Middle District of Pennsylvania

## **CERTIFICATE OF SERVICE**

I, Jarad W. Handelman, Esquire, hereby certify that I caused the foregoing to be served via ECF upon all counsel of record, including:

Gregory F. Cirillo, Esquire
John J. Higson, Esquire
John W. Schmehl, Esquire
Dilworth Paxson LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102

*Counsel for Plaintiffs*

/s/ Jarad W. Handelman
Jarad W. Handelman

Dated: September 9, 2019