# AMENDED TABLE OF CONTENTS TO ECF DOCUMENT 291

I. PROCEDURAL HISTORY ........................................................................ 1

II. QUESTIONS INVOLVED ........................................................................ 3

III. ARGUMENT .............................................................................................. 4

    A. Discovery Materials and Motions ........................................................ 4

        1. Documents 135 (Exhibits 1-8) and 196-1. ................................. 4

        2. Document 127 (and Relatedly Document 161, Exhibit 30) Should Be Redacted as Proposed in Appendix A for Good Cause Shown, and Document 196-2 Should Be Redacted as Proposed in Appendix B. ........................................ 5

    B. Common Law Right of Access ............................................................ 9

        1. In Consideration of the Court's Order, Defendants Do Not Contest the Unconditional Unsealing of Document 161 (Exhibits 2-7, 16-18, 20-29, 31-37, 46, & 54-60), and Document 176 (Exhibits 1-3, 5, 38, 40-41, 58, 62, 64-65, 67, & 69-70). ............................................................................ 9

        2. Documents 161 (Exhibits 14-15, 19, & 47-50) and Documents 176 (Exhibits 19, 27-33, & 54-55) Must Remain Sealed As They Are Medical Records and Witness Testimony Provided by Third-Party Mental Health Providers in Reliance Upon Qualified Protective Orders Issued in Favor of Such Third-Party Providers. ........... 11

        3. Document 161 (Exhibits 1, 8, 11-13, & 61-62) and Document 176 (Exhibits 4, 7, 8-18, 20-26, 34, 42-44, 49-53, 60-61 & 66) Must Remain Sealed As They Constitute Protected Health Information of A.B. ...................................... 14

        4. Document 176 (Exhibits 35-37) Must Remain Sealed As Plaintiffs' Purported Expert Reports Are Entirely Based Upon And Reflect Protected Health Information Subject To HIPAA, The QPOs, And The JSPO. ................................... 18

　　　　5.　Certain Documents Provisionally Unsealed By The Court Must Be Redacted Because They Reflect Confidential School Records And Related Information Of AB. ...................19

　　　　6.　Certain Documents Provisionally Unsealed By The Court Must Be Redacted Because They Implicate Third-Party Privacy Interests, Third-Party Medical Information, And MHS Employee Personnel Information....................................21

V.　CONCLUSION ................................................................................22

## APPENDICES

Appendix A:　Proposed Redactions to Discovery Documents 127 and Document 161 (Exhibit 30).

Appendix B:　Proposed Redactions to Common Law Right of Access Documents and Document 196-2.

Appendix C:　Proposed Redactions to Document 161 (Appendix B and Exhibits 38-45).