# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE ELLEN WARTLUFT F/K/A JULIE ELLEN BARTELS AND FREDERICK L. BARTELS, JR., Individually and as Administrators of the Estate of Abrielle Kira Bartels, Deceased,<br><br>                        Plaintiffs,<br>     vs.<br><br>THE MILTON HERSHEY SCHOOL, and THE HERSHEY TRUST COMPANY, AS TRUSTEE OF THE MILTON HERSHEY SCHOOL TRUST,<br>                        Defendants. | 1:16-cv-02145-JEJ<br><br>(Jones III, J.) |

## ORDER

AND NOW, this ____ day of _____, 2019, upon consideration of Defendants' Motion for Summary Judgment (Doc.___), and any opposition thereto, it is hereby **ORDERED** that the Motion is **GRANTED**. It is **FURTHER ORDERED** that judgment is entered in favor of Defendants, and against Plaintiffs on all remaining counts.

_____
John E. Jones III, Judge
United States District Court
Middle District of Pennsylvania

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE ELLEN WARTLUFT F/K/A JULIE ELLEN BARTELS AND FREDERICK L. BARTELS, JR., Individually and as Administrators of the Estate of Abrielle Kira Bartels, Deceased,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>THE MILTON HERSHEY SCHOOL, and THE HERSHEY TRUST COMPANY, AS TRUSTEE OF THE MILTON HERSHEY SCHOOL TRUST,<br><br>　　　　　　　　　　Defendants. | 1:16-cv-02145-JEJ<br><br>(Jones III, .J.) |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants, the Milton Hershey School ("MHS" or the "School"), and Hershey Trust Company ("HTC"), as trustee of The Milton Hershey School Trust ("MHST"), (collectively, "Defendants"), move for summary judgment on all of Plaintiffs' remaining claims.[1]

On October 22, 2019, the Court "provisionally" unsealed documents filed under seal in this case, subject to Defendants' submission of proposed redactions and/or a particularized showing of good cause for the continued sealing of the

---

[1] On October 28, 2016, the Milton Hershey School Trust, and the Board of Managers of the Milton Hershey School were dismissed from this action. *See* Dkt. Sheet (terminating the said entities from this action).

documents. (Doc.286.) On December 6, 2019, in compliance with the Court's Order, Defendants submitted briefing, proposed redactions, and justifications for continued sealing of the provisionally unsealed records. (Doc.291.)

At the time of the filing of this Motion, the Court has not ruled on the redactions and justifications for continued sealing submitted by Defendants on December 6, 2019. (Doc.291.) Accordingly, to the extent the proposed redacted information and documents that Defendants contend should remain continuously sealed are also part of the Defendants' instant Motion for Summary Judgment, the publicly filed Motion and related filings are redacted in conformity with Defendants' December 6, 2019, submission to the Court. (*Id.*)

Redacted versions of Defendants' instant Brief in Support of Motion for Summary Judgment, Statement of Undisputed Material Facts, and Exhibits, all filed contemporaneously herewith, mirror the color-coded redactions and justifications for continued sealing contained within Document 291 filed by Defendants on December 6, 2019. (*Id.*) A color-coded redaction key is attached hereto as Exhibit 1. Defendants will separately serve the Court and Plaintiffs' counsel with non-redacted versions of all filings related to the within Motion for Summary Judgment.

For the reasons set forth in Defendants' Memorandum of Law in Support of Motion for Summary Judgment, the provisions of which are incorporated herein by

reference, this Court should grant Defendants' Motion, and enter summary judgment in Defendants' favor on all of Plaintiffs' remaining claims.

                                      Respectfully submitted,

                                      ELLIOTT GREENLEAF, P.C.

                                      <u>/s/ Jarad W. Handelman</u>
                                      Jarad W. Handelman
                                      Kyle M. Elliott
                                      17 N. Second Street, Suite 1420
                                      Harrisburg, PA 17101
                                      717.307.2600 (phone) / 717.307.2060 (fax)
                                      215.977.1000 (phone) / 215.977.1099 (fax)
                                      jwh@elliottgreenleaf.com
                                      kme@elliottgreenleaf.com

Dated: December 17, 2019         *Counsel for Defendants*

## **CERTIFICATE OF NON-CONCURRENCE**

Pursuant to Local Rule 7.1, undersigned counsel certifies that he sought concurrence for the Motion from Plaintiffs, and that it has not been granted.

Dated: December 17, 2019        /s/ Jarad W. Handelman
                                Jarad W. Handelman, Esquire

## **CERTIFICATE OF SERVICE**

I, Jarad W. Handelman, Esquire, hereby certify that I caused the foregoing to be served via ECF upon all counsel of record, including:

Gregory F. Cirillo, Esquire
John J. Higson, Esquire
John W. Schmehl, Esquire
Dilworth Paxson LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
215.575.7000 (phone)
215.575.7200 (fax)
gcirillo@dilworthlaw.com
jhigson@dilworthlaw.com
jschmehl@dilworthlaw.com
*Counsel for Plaintiffs*

Dated: December 17, 2019          /s/ Jarad W. Handelman
                                                           Jarad W. Handelman, Esquire