**REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS**

1156 15th Street NW, Suite 1020
Washington, DC 20005
(202) 795-9300 | www.rcfp.org
Bruce D. Brown, Executive Director

**STEERING COMMITTEE**
STEPHEN J. ADLER
*Reuters*
J. SCOTT APPLEWHITE
*The Associated Press*
WOLF BLITZER
*CNN*
DAVID BOARDMAN
*Temple University*
MASSIMO CALABRESI
*Time Magazine*
MANNY GARCIA
*USA Today Network*
EMILIO GARCIA-RUIZ
*The Washington Post*
JOSH GERSTEIN
*Politico*
ALEX GIBNEY
*Jigsaw Productions*
SUSAN GOLDBERG
*National Geographic*
JAMES GRIMALDI
*The Wall Street Journal*
LAURA HANDMAN
*Davis Wright Tremaine*
DIEGO IBARGÜEN
*Hearst*
KAREN KAISER
*The Associated Press*
DAVID LAUTER
*Los Angeles Times*
DAHLIA LITHWICK
*Slate*
MARGARET LOW
*The Atlantic*
JANE MAYER
*The New Yorker*
COLLEEN MCCAIN NELSON
*The McClatchy Company*
MAGGIE MULVIHILL
*Boston University*
JAMES NEFF
*The Philadelphia Inquirer*
NORMAN PEARLSTINE
*The Los Angeles Times*
CAROL ROSENBERG
*The New York Times*
THOMAS C. RUBIN
*Quinn Emmanuel*
CHARLIE SAVAGE
*The New York Times*
BEN SMITH
*BuzzFeed*
JENNIFER SONDAG
*Bloomberg News*
ADAM SYMSON
*The E.W. Scripps Company*
PIERRE THOMAS
*ABC News*
SAUNDRA TORRY
*Freelance*
VICKIE WALTON-JAMES
*NPR*
JUDY WOODRUFF
*PBS/The NewsHour*

**SENIOR ADVISORS**
CHIP BOK
*Creators Syndicate*
JOHN C. HENRY
*Freelance*
TONY MAURO
*National Law Journal, ret.*
ANDREA MITCHELL
*NBC News*
PAUL STEIGER
*ProPublica*

*Affiliations appear only
for purposes of identification*

January 14, 2020

Honorable Martin C. Carlson
Ronald Reagan Federal Bldg. & U.S. Courthouse
228 Walnut Street
Harrisburg, PA 17101

RE:  *Julie Ellen Wartluft, et al., v. The Milton Hershey School and School Trust, et al.*, Case No. 1-16-cv-02145-JEJ

Dear Judge Carlson,

I am counsel for Intervenor The Philadelphia Inquirer, PBC ("The Inquirer"), in the above-captioned case. The Inquirer respectfully requests a telephonic conference to inform the Court of a separate motion to intervene and unseal judicial records filed by The Inquirer in a matter currently pending before the Commonwealth Court of Pennsylvania, as it relates to the motions to intervene and unseal judicial records in the above-captioned case, as well as *Adam Dobson v. The Milton Hershey School and School Trust, et al.*, Case No. 1:16-cv-01958-JEJ.

I have conferred with counsel for all parties regarding this request. Counsel for all parties have indicated their availability next Wednesday, January 22 and Thursday, January 23. I respectfully request that the Court set the requested telephonic conference on either day at its convenience.

Respectfully submitted,

*/s/ Katie Townsend*
Katie Townsend
*Counsel for Intervenor
The Philadelphia Inquirer, PBC*