**REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS**

1156 15th Street NW, Suite 1020
Washington, DC 20005
(202) 795-9300 | www.rcfp.org
Bruce D. Brown, Executive Director

**STEERING COMMITTEE**
STEPHEN J. ADLER
*Reuters*
J. SCOTT APPLEWHITE
*The Associated Press*
WOLF BLITZER
*CNN*
DAVID BOARDMAN
*Temple University*
MASSIMO CALABRESI
*Time Magazine*
MANNY GARCIA
*USA Today Network*
EMILIO GARCIA-RUIZ
*The Washington Post*
JOSH GERSTEIN
*Politico*
ALEX GIBNEY
*Jigsaw Productions*
SUSAN GOLDBERG
*National Geographic*
JAMES GRIMALDI
*The Wall Street Journal*
LAURA HANDMAN
*Davis Wright Tremaine*
DIEGO IBARGÜEN
*Hearst*
KAREN KAISER
*The Associated Press*
DAVID LAUTER
*Los Angeles Times*
DAHLIA LITHWICK
*Slate*
MARGARET LOW
*The Atlantic*
JANE MAYER
*The New Yorker*
COLLEEN MCCAIN NELSON
*The McClatchy Company*
MAGGIE MULVIHILL
*Boston University*
JAMES NEFF
*The Philadelphia Inquirer*
NORMAN PEARLSTINE
*The Los Angeles Times*
CAROL ROSENBERG
*The New York Times*
THOMAS C. RUBIN
*Quinn Emmanuel*
CHARLIE SAVAGE
*The New York Times*
BEN SMITH
*BuzzFeed*
JENNIFER SONDAG
*Bloomberg News*
ADAM SYMSON
*The E.W. Scripps Company*
PIERRE THOMAS
*ABC News*
SAUNDRA TORRY
*Freelance*
VICKIE WALTON-JAMES
*NPR*
JUDY WOODRUFF
*PBS/The NewsHour*

**SENIOR ADVISORS**
CHIP BOK
*Creators Syndicate*
JOHN C. HENRY
*Freelance*
TONY MAURO
*National Law Journal, ret.*
ANDREA MITCHELL
*NBC News*
PAUL STEIGER
*ProPublica*

*Affiliations appear only
for purposes of identification*

January 17, 2020

Honorable Martin C. Carlson
Ronald Reagan Federal Bldg. & U.S. Courthouse
228 Walnut Street
Harrisburg, PA 17101

RE: *Julie Ellen Wartluft, et al., v. The Milton Hershey School and School Trust, et al.*, Case No. 1-16-cv-02145-JEJ

Dear Judge Carlson,

I am counsel for Intervenor The Philadelphia Inquirer, PBC ("The Inquirer"), in the above-captioned case. I write to provide Your Honor with the enclosed waivers executed by Plaintiffs Frederick Bartels and Julie Wartluft in response to arguments made by Defendants concerning the application of the Health Insurance Portability and Accountability Act, Pub. L. No. 104-191, 100 Stat. 2548 (codified as amended in scattered sections of U.S.C.) to judicial documents currently sealed in this matter. These waivers, executed on January 14, 2020, were filed as Exhibit A to the Reply Brief in Support of The Inquirer's Motion to Unseal Judicial Records, ECF 308, (the "Second Motion to Unseal"). The Second Motion to Unseal filed by The Inquirer has not been referred to Your Honor. Because these waivers are also relevant to Defendants' arguments in opposition to the motion to intervene and unseal judicial records filed by The Inquirer on June 20, 2019, which is currently pending before Your Honor, The Inquirer wanted to bring them to your attention.

In compliance with Local Rule 5.2, the Social Security Number present on both waivers has been redacted.

Respectfully submitted,

*/s/ Katie Townsend*
Katie Townsend
*Counsel for Intervenor
The Philadelphia Inquirer, PBC*

Enclosures

Cc: All counsel via CM/ECF

## HIPAA PRIVACY AUTHORIZATION FORM
Authorization for Disclosure of Protected Health Information

| Name of Individual Giving Authorization<br>Frederick Bartels, Co-Administrator of Estate of Abrielle Bartels | Name of Individual Identified in Health Information<br>Abrielle Bartels, Deceased | Social Security Number of Individual<br>■■■■■■■■■ |
|---|---|---|
| Address of Individual Giving Authorization<br>100 South Hickory Street<br><br>Mount Carmel PA 17851 | | Telephone Number<br>(717) 390-6807 |

I, Frederick Bartels, authorize the Milton Hershey School (the "School"), the Federal District Court for the Middle District of Pennsylvania, and any party or intervenor in the case of Wartluft v. Milton Hershey School ("Wartluft")and their counsel

**Individual Authorizing**                    **Person Providing Information**

to disclose the following protected health information: all mental health and medical records of Abrielle Bartels in the possession of the School, its counsel or my counsel, including any information obtained from her student records and from any third party health care providers or mental health facilities to the fullest extent allowable.

**Information**

to any Pennsylvania court (including the Third Circuit) or agency of the Commonwealth in any action in which these records are relevant that relate to the treatment of Abrielle Bartels, students or former students at the School, and in any court or agency filings related thereto without necessity for sealing at the court, and waive any confidentiality obligations in respect thereto to the fullest extent allowable.

**Recipient of Information**

This information shall be provided for the purpose of **prosecuting, or defending against, the claims made against the School in Wartluft or the claim of any other student or former student of the School for discrimination on mental health grounds and to limit any required sealing orders of the courts or agencies.**

**Purpose of Disclosure**

*IMPORTANT NOTE:  Except as expressly limited, this authorization grants the person providing information the right to disclose ALL of the personal medical information identified for the purposes described, including, if applicable, information about any diagnosis or treatment for any mental health condition, substance abuse, sexually transmitted disease (such as HIV), cancer, and the manifestation of and effects of a condition that happens to be genetic.

This authorization shall be in force and effective **until the final resolution of Wartluft including appeals or any other case or proceeding presently ongoing against the School by a student or former student for mental health discrimination in any court or Pennsylvania agency.**

I understand that:

- I have the right to revoke this authorization at any time by sending such written notification to the person authorized to make the disclosure, identified above.

- My revocation will not be effective to the extent that the authorized person has relied on the authorization before receiving the revocation, but will be effective after it has been received.

1

- Failure to furnish this authorization will not affect medical treatment, eligibility or enrollment for health coverage, or payment of health benefits.

- Once disclosed, the protected health information may no longer be protected by federal or state law and could be disclosed again by the recipient.

| | |
|---|---|
| *[signature]* | 1/4-2020 |
| **Signature of Individual or Personal Representative** | **Date** |

If a personal representative is signing the form on behalf of the individual whose medical information is to be disclosed, please print the personal representative's name and describe his or her authority to act on behalf of the individual.

| | |
|---|---|
| Frederick Bartels | Co-Administrator |
| **Name of Personal Representative** | **Authority of Personal Representative** |

A fax or photocopy of this form shall be as effective as the original. A copy of this form shall be provided to the authorizing individual.

# HIPAA PRIVACY AUTHORIZATION FORM
Authorization for Disclosure of Protected Health Information

| Name of Individual Giving Authorization<br>Julie Wartluft, Co-Administrator of Estate of Abrielle Bartels | Name of Individual Identified in Health Information<br>Abrielle Bartels, Deceased | Social Security Number of Individual |
|---|---|---|
| Address of Individual Giving Authorization<br>PO Box 148<br><br>Cornville, AZ 86325 | | Telephone Number<br>(928) 821-5086 |

I, Julie Wartluft, authorize the Milton Hershey School (the "School"), the Federal District Court for the Middle District of Pennsylvania, and any party or intervenor in the case of Wartluft v. Milton Hershey School ("Wartluft")and their counsel
**Individual Authorizing**                                    **Person Providing Information**

to disclose the following protected health information: all mental health and medical records of Abrielle Bartels in the possession of the School, its counsel or my counsel, including any information obtained from her student records and from any third party health care providers or mental health facilities to the fullest extent allowable.
**Information**

to any Pennsylvania court (including the Third Circuit ) or agency of the Commonwealth in any action in which these records are relevant that relate to the treatment of Abrielle Bartels, students or former students at the School, and in any court or agency filings related thereto without necessity for sealing at the court, and waive any confidentiality obligations in respect thereto to the fullest extent allowable.
**Recipient of Information**

This information shall be provided for the purpose of **prosecuting, or defending against, the claims made against the School in Wartluft or the claim of any other student or former student of the School for discrimination on mental health grounds and to limit any required sealing orders of the courts or agencies.**
**Purpose of Disclosure**

---

*IMPORTANT NOTE: Except as expressly limited, this authorization grants the person providing information the right to disclose ALL of the personal medical information identified for the purposes described, including, if applicable, information about any diagnosis or treatment for any mental health condition, substance abuse, sexually transmitted disease (such as HIV), cancer, and the manifestation of and effects of a condition that happens to be genetic.

---

This authorization shall be in force and effective **until the final resolution of Wartluft including appeals or any other case or proceeding presently ongoing against the School by a student or former student for mental health discrimination in any court or Pennsylvania agency.**

I understand that:

- I have the right to revoke this authorization at any time by sending such written notification to the person authorized to make the disclosure, identified above.

- My revocation will not be effective to the extent that the authorized person has relied on the authorization before receiving the revocation, but will be effective after it has been received.

- Failure to furnish this authorization will not affect medical treatment, eligibility or enrollment for health coverage, or payment of health benefits.

- Once disclosed, the protected health information may no longer be protected by federal or state law and could be disclosed again by the recipient.

_____      1-14 2020
**Signature of Individual or Personal Representative**     **Date**

If a personal representative is signing the form on behalf of the individual whose medical information is to be disclosed, please print the personal representative's name and describe his or her authority to act on behalf of the individual.

Julie Wartluft *[signature]*     Co-Administrator
_____      _____
**Name of Personal Representative**     **Authority of Personal Representative**

A fax or photocopy of this form shall be as effective as the original. A copy of this form shall be provided to the authorizing individual.