# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIE ELLEN WARTLUFT *et al.*, | : | 1:16-cv-2145 |
| Plaintiffs, | : | Hon. John E. Jones III |
| v. | : | |
| THE MILTON HERSHEY SCHOOL AND SCHOOL TRUST *et al.*, | : | |
| Defendants. | : | |

# ORDER

## March 18, 2020

In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' Motion for Partial Summary Judgment, (Doc. 293), is **DENIED**.

2. Defendants' Motion for Summary Judgment, (Doc. 297), is **GRANTED**.

3. The Clerk of the Court **SHALL CLOSE** the file on this case.

4. F. Frederic Fouad's First Motion to Intervene, (Doc. 334), is **DENIED** as moot.

/s/ John E. Jones III
John E. Jones III
United States District Judge