IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULIE ELLEN WARTLUFT, et al.,** | : | Civil No. 1:16-CV-2145 |
| | : | |
| **Plaintiffs,** | : | |
| | : | (Judge Jones) |
| v. | : | |
| | : | (Magistrate Judge Carlson) |
| **THE MILTON HERSHEY SCHOOL** | : | |
| **AND SCHOOL TRUST, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## AMENDED ORDER

Accordingly, for the reasons set forth in the Memorandum Opinion previously filed by the Court, and in order to address recent clarifications sought by counsel, IT IS ORDERED THAT:

1. All of the documents that The Inquirer requests to unseal will be unsealed;

2. Documents 135-1—135-8, 161-2—161-7, 161-16—161-18, 161-20—161-29, 161-31—161-37, 161-46, 161-54—161-60, 176-1—176-3, 176-5, 176-38, 176-40—176-41, 176-58, 176-62, 176-64—176-65, 176-67, 176-69—176-70, 196-1 will be unsealed with no redactions;

3. The exhibits attached to Documents 161 and 176 that MHS contends should remain sealed—Documents 161-1, 161-8, 161-11—161-15, 161-19, 161-47—161-50, 161-61—161-62, 176-4, 176-7—176-37, 176-42—

176-44, 176-49—176-55, 176-60—176-61, and 176-66—shall be unsealed subject to the minimal redactions we have outlined in the accompanying memorandum to protect the interests of third parties[1];

4. Documents 127, 161, Ex. 30, and 196-2, as well as the minimal redactions to Document 173 and Document 176, Ex. 35, that relate to these documents, shall be unsealed and redacted in accordance with the defendants' proposed redactions of these documents; and

5. Document 203-1 shall remain sealed.

We recognize the significance and gravity of these judgments for all parties. Therefore, IT IS FURTHER ORDERED as follows: Implementation of this order will be STAYED for 10 days in order to allow the litigants the opportunity to review the court's order and seeks further judicial review of this order, if they deem it appropriate. Furthermore, with respect to redacted records, if the parties do not seek further review of this decision, they shall tender copies of stipulated, redacted records to the clerk for release on the public docket within 30 days of the date of this order. Finally, this amended order is entered without prejudice to any party requesting further clarification of our directions and instructions.

So ordered this 20th day of March 2020.

---

[1] Again, we note that some of these exhibits as identified by the defendants do not align with the docket entries in this case. We direct the defendants to identify the correct docket entries as they are docketed with the court so as to ensure that the correct entries are unsealed and redacted.

*/s/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge