# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULIE ELLEN WARTLUFT, et al.,** | : | Civil No. 1:16-CV-2145 |
| | : | |
| **Plaintiffs,** | : | **(Judge Jones)** |
| | : | |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **THE MILTON HERSHEY SCHOOL AND SCHOOL TRUST, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## **O R D E R**

AND NOW, this 26th day of March 2020, having received a request from the Intervenor for the court to revisit its decisions concerning the documents to be redacted by the defendants in accordance with our Memorandum Opinions and Orders (Docs. 349, 350, 354, 355) in light of the District Court's opinion granting summary judgment to the defendants in this case, IT IS HEREBY ORDERED THAT the Intervenor shall submit a letter outlining its new or revised position regarding the redacted documents **on or before April 1, 2020**, and the defendants shall submit their opposing letter **on or before April 6, 2020**. Our orders concerning the redactions (Docs. 345, 355) are hereby STAYED pending consideration of the parties' request.

2

*/s/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge